LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 East San Alberto Drive, Suite 200
SCOTTSDALE, ARIZONA  85258
(480) 222-9100
jshorb@mf-firm.com
Merrick B. Firestone, SBN 012138
John C. Shorb, SBN 023995
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| ELIZABETH QUEENIN, a married woman; | Case.  2:17-cv-03044-SPL |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| RANDSTAD GENERAL PARTNER (US) LLC, a Delaware limited liability company; | *Assigned to the Hon. Steven P. Logan* |
| Defendant. | |

Undersigned counsel for Plaintiff Elizabeth Queenin ("Queenin") and Defendant Randstad General Partner (US) LLC ("Randstad") hereby provide notice that the parties have reached a settlement in this case.  The parties are in the process of finalizing a formal settlement agreement and will file a stipulation to dismiss this matter upon the finalization and execution of that agreement.

Dated this 16th day of July, 2018.

**MANOLIO & FIRESTONE PLC**

By   /s/*John C. Shorb*
Merrick B. Firestone
John C. Shorb
8686 E. San Alberto Drive, Suite 200
Scottsdale, Arizona  85258
*Attorneys for Plaintiff*

**SEYFARTH SHAW LLP**

By  /s/ *Gregory L. Smith, Jr.*
Gregory L. Smith, Jr.
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309-3958
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of July, 2018, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing.  Copies will be transmitted via **CM/ECF** to the following CM/ECF recipients:

Gregory L. Smith, Jr.
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, GA  30309-3958
*Attorney for Defendant*

Benjamin Briggs
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, GA  30309-3958
*Attorney for Defendant*

A copy has been emailed this same date to the following:

Hon. Eileen Willett
c/o: debbie_monroe@azd.uscourts.gov


By: /s/ Sandra Eliot

- 2 -