IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elizabeth Queenin,<br><br>                    Plaintiff,<br><br>vs.<br><br>Randstad General Partner (US), LLC,<br><br>                    Defendant. | No.  CV-17-03044-PHX-SPL<br><br>**ORDER** |

Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation to Dismiss (Doc. 35) is **granted**;
2. That this action is **dismissed with prejudice** in its entirety;
3. That each party shall bear its own costs and attorneys' fees; and
4. That the Clerk of Court shall terminate this action.

Dated this 31st day of August, 2018.

Honorable Steven P. Logan
United States District Judge